UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| KELVON REDMOND and, ROBERT ABSHIRE ) ) | |
| Plaintiffs, ) | Case No. 3:21-cv-179-CHB |
| ) | |
| v. ) | Hon. Judge Claria Horn Boom |
| ) | |
| TWO M CO., INC. ) | **Electronically Filed** |
| ) | Removal from Jefferson Circuit Court |
| Defendant. ) | Case No. 21-CI-000290 |
| ) | |

## NOTICE OF REMOVAL

Defendant Two M Co., Inc. ("Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes to the United States District Court for the Western District of Kentucky, the state court action described below. As grounds for removal, Defendant states as follows:

1. This case was commenced by Plaintiffs, Kelvon Redmond and Robert Abshire (collectively, "Plaintiffs"), in the Jefferson County Circuit Court, Commonwealth of Kentucky, Case No. 21-CI-000290. A true and correct copy of the Complaint filed in Jefferson Circuit Court ("Complaint") is attached as **Exhibit A**.

2. The Complaint arises out of Plaintiffs' attempted financed purchase of a car from Defendant, Two M Co., Inc., and alleges breach of contract (Count I); conversion (Count II); violation of the Fair Credit Reporting Act (Count III); wrongful repossession and trespass (Count IV); and violations of the Kentucky Consumer Protection Act.

3. The undersigned counsel accepted service of the Complaint on behalf of Defendant on March 12, 2021.

4. The attached **Exhibit A** includes all of the process, pleadings, and orders received by Defendant in this matter.

5. Although Defendant disputes any liability to Plaintiffs, Defendants expressly incorporate the allegations contained in the Complaint attached hereto as part of **Exhibit A** for the purpose of demonstrating the propriety of removal.

**Federal Question Jurisdiction Under 28 U.S.C. § 1331**

6. This Court has original jurisdiction pursuant to 28 U.S.C. §1331 and the Complaint is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a) in that it is a civil action arising under the laws of the United States. In accordance with 28 U.S.C. § 1331, jurisdiction of this Court is satisfied by Plaintiffs' allegations of violation of the Fair Credit Reporting Act, 15 U.S.C §§1681-1681x.

7. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 over the state claims advanced in Plaintiffs' Complaint, and those claims are so related to the claims over which this Court has original jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

8. As such, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

**All Procedural Requirements for Removal Have Been Satisfied**

9. Defendant was served when counsel accepted service of the Complaint on March 12, 2021. As such, this Notice of Removal is timely because it is being filed within thirty (30) days after Defendants were served with the Complaint. *See* 28 U.S.C. § 1446.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is serving written notice on Plaintiffs of the filing of this Notice of Removal, and will serve and file Notice of Filing Notice of Removal, a copy of which is attached as **Exhibit B**, and a true and correct copy of this Notice of Removal with the Clerk of Jefferson County Circuit Court.

11. As required by 28 U.S.C. § 1446(a), Defendant has attached copies of all state court process and pleadings to this Notice of Removal. *See* **Exhibit A**.

12. Defendant has not attempted to litigate this case in state court or taken any action that could be construed as a waiver of its right of removal.

13. By removing the above-captioned case to this Court, Defendant does not waive any of its available defenses.

14. In accordance with 28 U.S.C. § 1441(a), venue of the removed action lies in the United States District Court for the Western District of Kentucky, because the state court action was filed within this judicial district.

15. This Notice has been signed by the undersigned pursuant to Federal Rules of Civil Procedure 11, as required by 28 U.S.C. § 1446(a).

**WHEREFORE**, Defendant prays that this Notice of Removal be deemed good and sufficient, and that Plaintiffs' Complaint be removed from the State of Kentucky, Jefferson County Circuit Court into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action as if it had been originally commenced in this Court.

Respectfully submitted,

*/s/ Loren T. Prizant*
Loren T. Prizant
Kevin C. Chlarson
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky  40202
(502) 584-1135
(502) 561-1980 (Fax)
lprizant@middletonlaw.com
kchlarson@middletonlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2021, I e-filed the foregoing and this Certificate of Service using the Court's electronic filing system. A copy is also being served, via email, on the following:

Juliana N. Madaki
Law Practice Group, PLLC
4211 Poplar Level Road, Ste. 205
Louisville, KY 40213
502-797-1669
Jules.madaki@lpglegal.com
Counsel for Plaintiffs

*/s/ Loren T. Prizant*
*Counsel for Defendant*