UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KELVON REDMOND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TWO M CO., INC., )<br>)<br>Defendant. ) | Civil Action No. 3:21-CV-179-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised that settlement has been reached on all matters in this case [R. 12],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to re-docket this action upon application to this Court.

This the 22nd day of July, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record